RECEIVED
IN LAKE CHARLES, LA

JAN 1 2 2011
PM
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **JOSEPH L. GUILLORY, JR.** | : | **DOCKET NO. 09 CV1717** |
| **VS.** | : | **JUDGE MINALDI** |
| **SCHWAN'S HOME SERVICE, INC.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the plaintiff's Motion to Remand and Motion for Attorney's Fees [Doc. 4] is DENIED.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this _11_ day of _____Jan_____ 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE